**DENY; and Opinion Filed November 5, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01255-CV

### IN RE STATE FARM LLOYDS, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05540**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its September 24, 2015 Protective Order and sign a protective order including additional restrictions on sharing of documents produced in discovery. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has not established its right to mandamus relief. We deny the petition.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

151255F.P05